DOLD PACKING CORPORATION, Respondent, v. SCOTTISH UNION & NATIONAL INSURANCE COMPANY and Others, Appellants.— Order reversed, with ten dollars

costs and disbursements and defendants' motion granted and plaintiff's cross-motion denied, without costs. All concur. (The order denies defendants' motion for change of venue and grants plaintiff's cross-motion to retain the venue in Erie county, in an action under fire insurance policies.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.